Form 129

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**William H. Grieco Jr.**
**Christina M. Grieco**
    Debtor(s)

Bankruptcy Case No.: 17–21873–JAD

Chapter: 7

## <u>FINAL DECREE</u>

The estate of the above named debtor has been fully administered.

## IT IS ORDERED THAT:

Natalie Lutz Cardiello is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: October 4, 2017

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-21873-JAD
William H. Grieco, Jr.                                             Chapter 7
Christina M. Grieco
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: admin          Page 1 of 1          Date Rcvd: Oct 04, 2017
                            Form ID: 129          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2017.
db            +William H. Grieco, Jr.,    1530 Linden Street,     Cheswick, PA 15024-1516
jdb           +Christina M. Grieco,    520 Grant Street Rear,     Springdale, PA 15144-1424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2017 at the address(es) listed below:
          James    Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Kenneth    Steidl    on behalf of Debtor William H. Grieco, Jr. julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
           einberg.com;r53037@no
          Kenneth    Steidl    on behalf of Joint Debtor Christina M. Grieco julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
           einberg.com;r53037@no
          Natalie Lutz Cardiello    ncardiello@comcast.net,   ncardiello@ecf.epiqsystems.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                              TOTAL: 6